UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James David Schofield, III,   ) | |
| ) | C.A. No. 3:19-02360-MGL |
| Petitioner,   ) | |
| ) | **PETITION FOR ORDER** |
| vs.   ) | **CONFIRMING ARBITRATION** |
| ) | **AWARD** |
| Raymond James Financial Services, Inc.,   ) | |
| ) | |
| Respondent.   ) | |
| _____) | |

The Petitioner, Joseph David Schofield III, ("Petitioner" or "Schofield") by counsel, moves this Court for an order and judgment confirming an arbitration award in its entirety pursuant to 9 U.S.C. § 9. The Respondent is Raymond James Financial Services, Inc.

    A.  <u>Jurisdiction and Venue</u>.

This court has subject matter jurisdiction of this proceeding to confirm an arbitration award pursuant to 9 U.S.C. § 9. Venue properly is established in this judicial district pursuant to 9 U.S.C. § 9 because the arbitration hearing site which resulted in the Award was Columbia, South Carolina.

    B.  <u>Statement of the Case</u>.

The parties agreed, in written agreements evidencing transactions involving commerce, to settle by arbitration an existing controversy or any controversy thereafter arising out of such contract or transactions between the parties, under such agreements. They submitted the controversies between them to arbitration administered by the Financial Industry Regulatory Authority ("FINRA"). The stated hearing site for the arbitration was Columbia, South Carolina. On June 12, 2019, the arbitrator issued an award (the "Award"), a copy of which is attached as

Exhibit A. The parties have agreed and applicable law provides that a judgment may be entered upon the Award made pursuant to the arbitration proceeding. Further, by letter dated August 8, 2019, FINRA indicated that it reviewed, and determined to grant, the Movant's request for a waiver of the obligation under FINRA Rule 2080 to name FINRA as a party in this proceeding to confirm the Award. A copy of FINRA's August 8, 2019 letter is attached hereto and incorporated herein as Exhibit B.

    C. <u>Argument</u>.

The Movant has a statutory right to an order confirming the Award in its entirety. The applicable statute, 9 U.S.C. § 9, states:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made. Notice of the application shall be served upon the adverse party, and thereupon the court shall have jurisdiction of such party as though he had appeared generally in the proceeding. If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or his attorney as prescribed by law for service of notice of motion in an action in the same court. If the adverse party shall be a nonresident, then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court.

The Award was made on June 12, 2019, following a telephonic hearing in Columbia, South Carolina.

<u>Relief Requested</u>.

For the foregoing reasons, the Movant is entitled to the following relief: an order confirming the Award; entry of a judgment or decree which may be enforced as any other judgment or decree, their costs of this application and of all proceedings subsequent thereto, and disbursements; their costs,

attorney fees, and interest thereon, as stated above; and such other relief as to which the Movant may appear to be entitled. A Proposed Order Confirming the Arbitration Award is attached hereto as Exhibit C.

                                        FAYSSOUX & LANDIS, P.A.

                                        s/ Paul S. Landis
                                        _____
                                        Paul S. Landis / Fed ID No. 10084
                                        P.O. Box 10207
                                        Greenville, SC 29603
                                        864-233-0445
                                        864-233-4781 (facsimile)
                                        paul@fayssouxlaw.com

                                        Attorney for Petitioner James David Schofield, III

August 21, 2019