

August 08, 2019

Jennifer A. Lesny Fleming
Matasar Jacobs
111 Superior Avenue, Suite 1355
Cleveland, OH 44114

**VIA EMAIL**

Re: JOSEPH SCHOFIELD, CRD# 2496116
    FINRA Arbitration Case #: 18-03041
    Joseph David Schofield vs. Raymond James Financial Services, Inc.

Dear Ms. Lesny Fleming :

FINRA has reviewed, and determined to grant, your request for a waiver of the obligation under FINRA Rule 2080 to name FINRA as a party in any action to confirm the award issued in the above-captioned proceeding. The award directs the expungement of customer dispute information from the Central Registration Depository (CRD®) system. FINRA notes that the arbitration award reflects compliance with FINRA's Code of Arbitration Procedure for Customer Disputes § 12805 or Code of Arbitration Procedure for Industry Disputes § 13805. In addition, it includes an affirmative finding that the expungement directive is based on one or more standards enumerated in FINRA Rule 2080. Specifically, the expungement directive is based on one or more of the following affirmative arbitral finding(s):

- ☐ the claim, allegation, or information is factually impossible or clearly erroneous
- ☑ the above-named individual was not involved in the alleged investment-related sales practice violation, forgery, theft, misappropriation, or conversion of funds
- ☑ the claim, allegation, or information is false

Therefore, you are not required to name FINRA as a party in the judicial proceeding to confirm the arbitration award.  If, however, you do name FINRA as a party, this waiver does not serve as a waiver of FINRA's appearance in the court proceeding and you must serve FINRA with process and notice of all court filings.

If you have any questions, please contact me at 240-386-4788.

Sincerely,

*Karen Weinstein*

Karen Weinstein
Registration and Disclosure
Operations Policy Implementation

Investor protection. Market integrity.          9509 Key West Avenue   t 240 386 4000
                                                Rockville, MD          www.finra.org
                                                20850-3329