IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James David Schofield, III, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Raymond James Financial Services, Inc., )<br>)<br>Respondent. )<br>_____) | C.A. No. 3:19-02360-MGL<br><br>**REQUEST TO WITHHOLD ISSUANCE OF SUMMONS** |

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to Rule(d)4 of the Federal Rules of Civil Procedure, I am asking the defendant(s) to waive service of a summons. Please withhold the issuance of a summons in my case to the following party/parties until further noticed:

Raymond James Financial Services, Inc.

FAYSSOUX & LANDIS, P.A.

s/ Paul S. Landis
_____
Paul S. Landis / Fed ID No. 10084
P.O. Box 10207
Greenville, SC 29603
864-233-0445
864-233-4781 (facsimile)
paul@fayssouxlaw.com

Attorney for Petitioner James David Schofield, III

August 21, 2019