IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Joseph David Schofield, III, ) | |
| ) | C.A. No.: 3:19-CV-02360-MGL |
| Petitioner, ) | |
| ) | |
| vs. ) | **NOTICE OF FILING** |
| ) | |
| Raymond James Financial Services, Inc., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

YOU WILL PLEASE TAKE NOTICE THAT Petitioner Joseph David Schofield, III hereby files a Declaration of Brandy Pikus on Behalf of Defendant Raymond James Financial Services, Inc. dated August 22, 2019. Said Declaration is filed herewith as an exhibit.

FAYSSOUX & LANDIS, P.A.

s/ Paul S. Landis
_____
Paul S. Landis / Fed ID No. 10084
P.O. Box 10207
Greenville, SC 29603
864-233-0445
864-233-4781 (facsimile)
paul@fayssouxlaw.com

Attorney for Petitioner Joseph David Schofield, III