UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| James David Schofield, III, ) | |
| ) | C.A. No.: 3:19-cv-02360-MGL |
| Petitioner, ) | |
| ) | |
| vs. ) | **DECLARATION OF BRANDY PIKUS** |
| ) | **ON BEHALF OF DEFENDANT** |
| Raymond James Financial Services, Inc., ) | **RAYMOND JAMES FINANCIAL** |
| ) | **SERVICES, INC.** |
| Respondent. ) | |
| ) | |

1. The undersigned, Brandy Pikus, makes this declaration based on personal knowledge and pursuant to 28 U.S.C. § 1746.

2. I submit this declaration in reference to Petitioner filing a Petition for Confirmation of Arbitration Award.

3. I am employed by Respondent Raymond James Financial Services, Inc. as Litigation Counsel. I am fully authorized to speak on behalf of Respondent and bind the corporation with regard to the matters set forth herein. I waived service of a summons and accepted service of the Petition in this matter on behalf of Respondent Raymond James Financial Services, Inc. on August 22, 2019.

4. I have personal knowledge regarding the arbitration that is the subject of this matter and the arbitration award issued as a result of the same.

5. I have reviewed the Petition which was filed in this matter as well as the Proposed Order attached hereto as Exhibit A.

6. Respondent Raymond James Financial Services, Inc. is not opposed to confirmation of the subject arbitration award and consents to the entry of the Order attached hereto as Exhibit A. Respondent Raymond James Financial Services, Inc. not intend to make any

appearance in this matter or file any pleadings responsive to Petitioner Schofield's Petition.

I declare, under penalty of perjury that the foregoing, to the best of my knowledge, is true and accurate.

August 22, 2019

                                                    Brandy Pikus, Esq.